```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       VALDOSTA DIVISION
```

MELISSA SIMPSON and                 *
SABRINA ROBERTS on behalf of
themselves and all those            *
similarly situated,
                                *
    Plaintiffs
                                * Case Number 7:12-CV-28 (HL)
vs.
                                *
SANDERSON FARMS, INC., PERRY
HAUSER, JEFF BLACK, DEMISHIA        *
CROFT, ARISTIDES CARRAL-GOMEZ,
JANIE PERALES, KARINA FONDON,       *
and JENNIFER HARRISON
BUSTER,                             *

    Defendants          *

## J U D G M E N T

Pursuant to this Court's Order dated February 5, 2013, and for the reasons stated therein, JUDGMENT is hereby entered in favor of all Defendants. The complaint is dismissed with prejudice. Plaintiffs shall recover nothing from Defendants and Defendants are entitled to recover their costs of this action.

This 6th day of February, 2013.

                                        Gregory J. Leonard, Clerk

                                        s/Robin L. Walsh, Deputy Clerk